UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE CRUMWELL, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

Plaintiffs,

-against-

VESYNC CORPORATION,

Defendant.

1:24-cv-09935 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Complaint in this case was filed on December 24, 2024. Dkt. 1. A summons was issued on December 26, 2024. Dkt. 5. Plaintiff has not filed proof of service with the Court within 90 days as required by Federal Rules of Civil Procedure 4(l) and (m).

It is HEREBY ORDERED that Plaintiff update the Court as to whether and in what manner service has been made by April 1, 2025. Failure to do so may result in the dismissal of this case for failure to prosecute.

Dated: March 25, 2025
New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge